ADAM L. BRAVERMAN
United States Attorney
EMILY W. ALLEN
California Bar No. 234961
W. MARK CONOVER
California Bar No. 236090
PHILLIP L. HALPERN
California Bar No. 133370
Assistant United States Attorneys
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Tel: (619) 546-6864
Email: Phillip.Halpern@usdoj.gov

Attorneys for Plaintiff
United States of America

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | No. 18CR3677-W |
|---|---|---|
| Plaintiff, | ) ) | JOINT MOTION TO: (1) CONTINUE THE STATUS HEARING; AND (2) EXCLUDE TIME UNDER THE SPEEDY TRIAL ACT |
| v. | ) ) ) | |
| DUNCAN D. HUNTER, (1) MARGARET E. HUNTER, (2) | ) ) ) | |
| Defendants. | ) | |

The United States of America, by its counsel, and defendants Duncan D. Hunter and Margaret E. Hunter, by their counsel, Gregory A. Vega and Thomas W. McNamara, jointly move to exclude time under the Speedy Trial Act, 18 U.S.C. §§ 3167(h)(1)(D) and 3161(h)(7).

1.   The Indictment in this case was returned on August 21, 2018. Both defendants were arraigned on the indictment on August 23, 2018. At that time, the court set a status hearing for September 4, 2018.

2. The Speedy Trial Act, 18 U.S.C. § 3161(c)(1), requires trial to commence within 70 days of a defendant's arraignment. This resulted in the initial maximum trial date being set at November 1, 2018.

3. On August 31, 2018, the United States produced to defense counsel a 2 TB hard drive along with a detailed index describing all the discovery materials on the drive, which included records received from staff members and witnesses, banks, and vendors and other businesses; social media and internet service providers; and evidence seized pursuant to search warrants. Also included on the hard drive was evidence seized pursuant to searches conducted at physical locations and email and social media accounts. At that time, the United States indicated that it would shortly provide defense counsel with reports of interviews with witnesses and co-defendants and affidavits in support of search warrants.

4. On September 4, 2018, this Court held a status hearing in the presence of both defendants. At that time, all parties agreed that the hearing should be continued until September 24, 2018 – so that the defense could review the items produced to date and the soon to be produced witness interviews (FBI-302's) prior to informing the Court as to their estimation of a reasonable motion hearing date.

5. In response, the Court found that the status hearing should be continued until September 24, 2018. In doing so, it specifically found that the failure to continue the matter from September 4, 2018 to September 24, 2018 would result in a "miscarriage of justice."

6. On September 10, 2018, the United States produced approximately 12,000 pages of additional discovery, including the FBI-302's referred to above in paragraph 4.

7. On September 24, 2018, this Court held a hearing in this matter in the presence of both defendants. At that time, both defendants indicated that they had not yet had sufficient time to complete their preliminary review and were not in a

position to inform the Court as to their estimation of a reasonable motion hearing date. Accordingly, they requested that the status hearing be continued one additional time to December 3, 2018.

8. In response, the Court agreed to continue the status hearing to December 3, 2018. In doing so, it specifically found that the failure to continue the matter from September 24, 2018 to December 3, 2018 would result in a "miscarriage of justice."

9. The ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial. The parties have exercised due diligence. But failure to grant the requested continuance would deny counsel the reasonable time necessary for effective preparation and result in a miscarriage of justice.

10. Defendants are both currently out of custody.

11. Counsel for defendants represent that they have discussed the need for this continuance with the defendants. Defendants agree to and join in the request to continue the matter and set a second status hearing on December 3, 2018.

//
//
//
//
//
//
//
//
//

12. The parties therefore jointly move for a continuance and to exclude time under the Speedy Trial Act. The parties agree the period of delay excluded spans the time from September 4, 2018 to December 3, 2018.

DATED:     September 25, 2018

                                        Respectfully submitted,

DATED:                           ADAM L. BRAVERMAN
                                       United States Attorney

                                       */s/ Emily W. Allen*
                                       EMILY W. ALLEN
                                       W. MARK CONOVER
                                       PHILLIP L.B. HALPERN
                                       Assistant U.S. Attorneys

DATED:                           */s/ Gregory A. Vega*
                                       GREGORY A. VEGA
                                       Attorney for Duncan D. Hunter

DATED:                           */s/ Thomas W. McNamara*
                                       THOMAS W. McNAMARA
                                       Attorney for Margaret E. Hunter

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 18CR3677-W |
| Plaintiff, | ) ) ) | CERTIFICATE OF SERVICE |
| v. | ) ) | |
| DUNCAN D. HUNTER, (1)<br>MARGARET E. HUNTER, (2) | ) ) ) | |
| Defendants. | ) | |

IT IS HEREBY CERTIFIED THAT:

    I, Emily W. Allen, am a citizen of the United States and am at least 18 years of age. My business address is 880 Front Street, San Diego, California 92101-8893.

    I am not a party to this case. I have caused service of the attached Joint Motion on the following parties by filing the foregoing with the Clerk of the District Court using its ECF system, which electronically notifies them.

    Gregory A. Vega (counsel for defendant Duncan D. Hunter)
    Thomas W. McNamara (counsel for defendant Margaret E. Hunter)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on September 25, 2018

                                         s/*Emily W. Allen*
                                         EMILY W. ALLEN