```
 1 │ ROBERT S. BREWER, JR.
   │ United States Attorney
 2 │ BRADLEY G. SILVERMAN
   │ Assistant U.S Attorney
 3 │ Washington D.C. Bar No. 1531664
   │ United States Attorney's Office
 4 │ 880 Front Street, Room 6293
   │ San Diego, California 92101
 5 │ Telephone: (619) 546-6345
   │ bradley.silverman@usdoj.gov
 6 │
 7 │ Attorneys for Plaintiff
   │ UNITED STATES OF AMERICA
 8 │
 9 │                UNITED STATES DISTRICT COURT
10 │                SOUTHERN DISTRICT OF CALIFORNIA
11 │ UNITED STATES OF AMERICA,       Case No.: 18-CR-03677-W
12 │          Plaintiff,
13 │      v.                         NOTICE OF APPEARANCE
14 │ DUNCAN D. HUNTER,
   │ MARGARET E. HUNTER
15 │
   │          Defendants.
16 │
17 │
   │      TO THE CLERK OF COURT AND ALL PARTIES OF RECORD
18 │
   │      I, the undersigned attorney, enter my appearance as lead counsel
19 │
   │ for the United States in the above-captioned case.  I certify that I
20 │
   │ am admitted to practice in this court or authorized to practice under
21 │
   │ CivLR 83.3.c.3-4.
22 │
   │      The following government attorneys (who are admitted to practice
23 │
   │ in this court or authorized to practice under CivLR 83.3.c.3-4) are
24 │
   │ also associated with this case, should be listed as lead counsel for
25 │
   │ CM/ECF purposes, and should receive all Notices of Electronic Filings
26 │
   │ relating to activity in this case:
27 │
28 │
```

<u>Name</u>

Emily Allen

Phillip Halpern

W. Mark Conover

Effective this date, <u>the following attorneys are no longer associated with this case</u> and should <u>not</u> receive any further Notices of Electronic Filings relating to activity in this case (if the generic "U.S. Attorney CR" is still listed as active in this case in CM/ECF, please terminate this association):

<u>Name</u>

None.

DATED: June 20, 2019.

                                            Respectfully submitted,

                                            ROBERT S. BREWER, JR.
                                            United States Attorney

                                            *s/ Bradley G. Silverman*
                                            BRADLEY G. SILVERMAN
                                            Assistant U.S. Attorney
                                            Attorneys for Plaintiff
                                            United States of America