UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br><br>v.<br><br>MARGARET E. HUNTER (2)<br><br>    Defendants. | Case No. 3:18-cr-03677-W<br><br>**ORDER GRANTING JOINT MOTION TO CONTINUE SENTENCING HEARING OF DEFENDANT MARGARET E. HUNTER** |

The Court has read and considered the Joint Motion to Continue the Sentencing Hearing of Defendant Margaret Hunter, filed by the parties in this matter on August 6, 2019. The Court hereby finds that the Motion, which this Court incorporates by reference into this Order, provides good cause for a continuance of the sentencing hearing of Ms. Hunter, which shall be scheduled for December 2, 2019 at 9:00 a.m.

**IT IS SO ORDERED.**

DATED: _____8/9_____, 2019

_____
HON. THOMAS J. WHELAN
UNITED STATES DISTRICT JUDGE