1 | Thomas W. McNamara (SBN 127280)
  | tmcnamara@mcnamarallp.com
2 | Logan D. Smith (SBN 212041)
  | lsmith@mcnamarallp.com
3 | MCNAMARA SMITH LLP
  | 655 West Broadway, Suite 1600
4 | San Diego, California 92101
  | Telephone: (619) 269-0400
5 | Facsimile:  (619) 269-0401

*Attorneys for Defendant Margaret E. Hunter*

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 3:18-cr-03677-W |
| Plaintiff, | **ACKNOWLEDGMENT OF DEFENDANT MARGARET E. HUNTER REGARDING JOINT MOTION TO CONTINUE SENTENCING HEARING** |
| v. | |
| DUNCAN D. HUNTER (1) MARGARET E. HUNTER (2) | |
| Defendants. | Judge: Hon. Thomas J. Whelan<br>Ctrm: 3C<br>Current Hearing Date: April 13, 2020<br>Current Hearing Time: 9:00 a.m. |

I, **MARGARET E. HUNTER**, hereby declare the following:

I hereby acknowledge my responsibility to appear at Court on April 13, 2020 at 9:00 a.m. for my sentencing, pursuant to the Court's Order granting the parties' joint motion to continue my sentencing hearing (ECF No. 97).

I declare under penalty of perjury under the laws of the United States that the foregoing is true and correct.

Executed this 5 day of November, 2019, in La Mesa, California.

By: _____
Margaret E. Hunter

---

1                                                                Case No. 3:18-cr-03677-W
ACKNOWLEDGMENT OF JOINT MOTION TO CONTINUE SENTENCING HEARING