UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No. 18CR3677-W |
|---|---|
| Plaintiff, | ORDER TO CONTINUE SENTENCING HEARING |
| v. | |
| MARGARET E. HUNTER (2), | |
| Defendant. | |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be continued from April 6, 2020 at 9:00 a.m to May 4, 2020, at 9:00 a.m.

SO ORDERED.

DATED: April 2, 2020.

HONORABLE THOMAS. J. WHELAN
United States District Judge