# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>Plaintiff,<br><br>v.<br><br>MARGARET E. HUNTER (2),<br><br>Defendant. | Case No. 18CR3677-W<br><br>ORDER TO CONTINUE SENTENCING HEARING |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the motion hearing in the above-referenced case be continued from June 8, 2020 at 9:00 a.m. to July 6, 2020, at 9:00 a.m.

SO ORDERED.

DATED: May 28, 2020.

HONORABLE THOMAS. J. WHELAN
United States District Judge