DAVID D. LESHNER
Attorney for the United States
Acting under Title 28, U.S.C. Section 515
EMILY W. ALLEN (CA Bar No. 234961)
W. MARK CONOVER (CA Bar No. 236090)
PHILLIP L.B. HALPERN (CA Bar No. 133370)
Assistant United States Attorneys
U.S. Attorney's Office
880 Front Street, Room 6293
San Diego, CA 92101
Telephone: (619) 546-6964
Email: Phillip.Halpern@usdoj.gov

Attorneys for the United States

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 18CR3677-W |
| Plaintiff, | JOINT MOTION TO CONTINUE MARGARET HUNTER SENTENCING HEARING |
| v. | |
| MARGARET E. HUNTER (2), | DATE: July 6, 2020<br>TIME: 9:00am<br>COURT: 3C (Schwartz) |
| Defendant. | |
| | HON. THOMAS J. WHELAN |

The United States of America, by and through its counsel David D. Leshner, Attorney for the United States, Acting under Title 28, U.S.C. Section 515, and Emily W. Allen, W. Mark Conover, and Phillip L.B. Halpern, Assistant U.S. Attorneys, and Defendant Margaret E. Hunter, by and through her attorneys of record, Thomas W. McNamara and Logan D. Smith, respectfully move jointly to request a continuance of Ms. Hunter's sentencing hearing to August 10, 2020 (9:00 a.m.), or as soon thereafter as is convenient for the court.

In support of this joint motion, the parties submit that:

1. On January 22, 2020, the Court ordered that Margaret Hunter's sentencing hearing be rescheduled to April 7, 2020 (later changed to April 6, 2020). Dkt. No. 116.

2. On March 17, 2020, the Chief United States District Judge of the Southern District of California entered an Order suspending jury trials and other proceedings (including sentencings) scheduled to begin before April 16, 2020. *See* Order of the Chief Judge No. 18, Suspension of Jury Trials and Other Proceedings during the COVID-19 Public Emergency (March 17, 2020).

3. This Order was imposed, *inter alia*, due to: (1) the state of emergency declared in response to the spread of the coronavirus (COVID-19); and (2) the restrictions on public gatherings recommended by the Centers for Disease Control and Prevention.

4. In light of the Court's March 17, 2020 order, and in order to protect public safety and prevent the spread of the COVID-19 outbreak, the parties jointly requested that Margaret Hunter's sentence be continued until May 4, 2020 at 9:00 a.m. Dkt. No. 142.

5. On April 2, 2020, this Court granted the parties joint request to continue Margaret Hunter's sentence until May 4, 2020. Dkt. No. 144.

6. On April 15 and May 15, 2020, the Chief United States District Judge of the Southern District of California entered Orders extending "the judicial emergency for an additional period of 30 days." *See* Orders of the Chief Judge No. 24 and 27. Extending Suspension of Jury Trials and Other Proceedings during the COVID-19 Public Emergency.

7. In light of the Court's various orders, and in order to protect public safety and prevent the spread of the COVID-19 outbreak, the parties jointly requested that Margaret Hunter's sentence be continued during the ongoing public emergency. *See* Dkt. Nos. 146 and 151.

8. On April 27 and May 28, 2020, this Court granted the parties joint requests to continue Margaret Hunter's sentence. Dkt. Nos. 148 and 153.

9. On June 11, 2020, the Chief United States District Judge of the Southern District of California entered another Order extending "the judicial emergency for an additional period of 30 days" as '[m]any of the circumstances giving rise to the judicial emergency have not abated." *See* Order of the Chief Judge No. 30, Extending Suspension of Jury Trials and Other Proceedings during the COVID-19 Public Emergency (June 11, 2020).

10. In light of the Court's latest order addressing the judicial emergency, and in order to protect public safety and prevent the spread of the COVID-19 outbreak, the parties again jointly request that Margaret Hunter's sentence be continued approximately 30 days until August 10, 2020 at 9:00 a.m.

Signature Certification

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to Logan D. Smith., counsel for Margaret Hunter, and that I have obtained said counsel's authorization to affix their electronic signature to this document.

DATED: June 22, 2020             Respectfully submitted,

                                                     DAVID D. LESHNER
                                                   Attorney for the United States
                                                   Acting under Title 28, U.S.C. Section 515

                                                 ***s/ Phillip L.B. Halpern***
                                                   EMILY W. ALLEN
                                                   W. MARK CONOVER I
                                                   PHILLIP L.B. HALPERN
                                                   Assistant U.S. Attorneys

| | |
|---|---|
| DATED: June 22, 2020 | MCNAMARA SMITH LLP |
| By: | /s/ Logan D. Smith |
| | LOGAN D. SMITH |
| | lsmith@mcnamarallp.com |
| | THOMAS W. MCNAMARA |
| | tmcnamara@mcnamarallp.com |
| | *Attorneys for Defendant Margaret E. Hunter* |